■■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. STANLEY JACKSON, Appellant, v NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES, Respondent. [960 NYS2d 691]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Supreme Court, Wyoming County, Mark H. Dadd, J. —Habeas Corpus). Present—Scudder, P.J., Peradotto, Carni, Lindley and Whalen, JJ.